## Commonwealth *v.* Madison, Appellant.

Submitted April 15, 1968.   Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Ralph Madison,* appellant, in propria persona.

*Ralph B. D'Iorio* and *Vram S. Nedurian,* Assistant District Attorneys, *William R. Toal, Jr.,* First Assistant District Attorney, and *Stephen J. McEwen,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, July 1, 1968:
Order affirmed.
Mr. Justice COHEN took no part in the consideration or decision of this case.